# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHERINE BURNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-CV-152-JHP |
| ) | |
| GAROLD HOLCOMBE, an individual, ) | |
| CHRISTOPHER EPPERLY, an ) | |
| individual, JENNIFER JOHNSON, ) | |
| an individual, BOARD OF COUNTY ) | |
| COMMISSIONERS OF THE COUNTY ) | |
| OF SEMINOLE, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Judgment is hereby entered in accordance with the Opinion and Order entered contemporaneously herewith dated this 12th day of July, 2010, docket number 132. Entry of this Judgment terminates this case.

**IT IS SO ORDERED** this 12th day of July, 2010.

_James H. Payne_
United States District Judge
Eastern District of Oklahoma